| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Christopher Celentino, State Bar No. 131688<br>Mikel R. Bistrow, State Bar No. 102978<br>Peter W. Bowie, State Bar No. 50168<br>Dinsmore & Shohl LLP<br>655 West Broadway, Suite 800<br>San Diego, CA 92101<br>Telephone: 619.400.0500<br>Facsimile: 619.500-0501<br>Email:  chris.celentino@dinsmore.com<br>         mikel.bistrow@dinsmore.com<br>         peter.bowie@dinsmore.com<br><br>☐ Individual *appearing without an attorney*<br>☒ Counsel to the Chapter 7 Trustee,<br>   Peter J. Mastan | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – <u>LOS ANGELES</u> DIVISION**

| In re:<br><br>ANTOINETTE ELISA GALVAN ,<br><br><br><br><br>Debtor(s) | CASE NO.: 2:16-bk-24753-NB<br>CHAPTER: 7<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br>ORDER ON MOTION TO AUTHORIZE TRUSTEE TO CONTINUE OPERATION OF BUSINESS PURSUANT TO § 721 |
|---|---|

PLEASE TAKE NOTE that the order titled <u>ORDER ON MOTION TO AUTHORIZE TRUSTEE TO CONTINUE OPERATION OF BUSINESS PURSUANT TO § 721</u> was lodged on *(date)* <u>1/26/18</u> and is attached.  This order relates to the motion which is docket number <u>98</u>.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 1                        F 9021-1.2.BK.NOTICE.LODGMENT

Christopher Celentino, State Bar No. 131688
Mikel R. Bistrow, State Bar No. 102978
Peter W. Bowie, State Bar No. 50168
Dinsmore & Shohl LLP
655 West Broadway, Suite 800
San Diego, CA 92101-8494
Telephone: 619-400-0500
Facsimile: 619-400-0501
Email: chris.celentino@dinsmore.com
       mikel.bistrow@dinsmore.com
       peter.bowie@dinsmore.com

Counsel to the Chapter 7 Trustee, Peter J. Mastan

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>ANTOINETTE ELISA GALVAN,<br><br>Debtor. | Case No. 2:16-bk-24753-NB<br><br>Chapter 7<br><br>**ORDER ON MOTION TO AUTHORIZE TRUSTEE TO CONTINUE OPERATION OF BUSINESS PURSUANT TO § 721**<br><br>Date:  January 23, 2018<br>Time:  11:00 a.m.<br>Place: Courtroom 1545<br>       255 E. Temple Street<br>       Los Angeles, CA 90012<br>Judge: Hon. Neil W. Bason |

A hearing was held on January 23, 2018, at 11:00 a.m., for the Court to consider approval of the Motion to Authorize Trustee to Continue to Operation of Business Pursuant to 11 U.S.C. § 721 [Dkt. No. 98] filed by Peter J. Mastan, Chapter 7 trustee (the "Trustee") in the above captioned bankruptcy case (the "Case"), to authorize the Trustee to continue to operate the Debtor's Image Business in accordance with 11 U.S.C. § 721.

1

12274768v1

The Court, having considered the Motion, and good cause appearing, finds and directs as follows:

1. The Motion is granted as set forth herein.

2. The Trustee is authorized to continue to operate the Debtors' Image Business.

3. Trustee's authorization to operate the Debtor's Image Business shall remain in full force and effect until further order of this Court.

4. The Trustee is authorized to pay ordinary and customary expenses of operation, including but not limited to administrative bank fees and trustee bond fees, in the Trustee's discretion to maximize the value of the assets for an orderly liquidation thereof.

**IT IS SO ORDERED.**

### #

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
655 W. Broadway, Suite 800, San Diego, California 92101

A true and correct copy of the foregoing document entitled (*specify*):  **NOTICE OF LODGEMENT OF ORDER ON MOTION TO AUTHORIZE TRUSTEE TO CONTINUE OPERATION OF BUSINESS PURSUANT TO § 721**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On January 26, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On January 26, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Kathy A Dockery (TR)
801 Figueroa Street, Suite 1850
Los Angeles, CA 90017

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on January 26, 2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**PRESIDING JUDGE'S COPY**
The Honorable Neil W. Bason
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building
255 E. Temple Street, Suite 1552
Los Angeles, California 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 26, 2018 | Caron Burke | *(signed)* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

   •Peter W Bowie    peter.bowie@dinsmore.com, caron.burke@dinsmore.com
   •Christopher Celentino    chris.celentino@dinsmore.com, caron.burke@dinsmore.com
   •Michael E Clark    notices@blclaw.com, ecf@blclaw.com;borowitzclark3@gmail.com
   •Johana Diaz    johanad@scefcu.org, lossprevention@scefcu.org
   •Peter J Mastan (TR)    pmastan@gumportlaw.com, pmastan@ecf.epiqsystems.com
   •Jack Neff    jneff@ccu.com, srodriguez@ccu.com
   •James R Selth    jim@wsrlaw.net, jselth@yahoo.com;melissa@wsrlaw.net;vinnet@ecf.inforuptcy.com
   •Dheeraj K Singhal    dksinghal@dcdmlawgroup.com, dcdm@ecf.courtdrive.com
   • United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-.1.PROOF.SERVICE