Christopher Celentino, State Bar No. 131688
Mikel R. Bistrow, State Bar No. 102978
Peter W. Bowie, State Bar No. 50168
Dinsmore & Shohl LLP
655 West Broadway, Suite 1600
San Diego, CA 92101-8494
Telephone: 619-400-0500
Facsimile: 619-400-0501
Email: chris.celentino@dinsmore.com
       mikel.bistrow@dinsmore.com
       peter.bowie@dinsmore.com

Counsel to the Chapter 7 Trustee, Peter J. Mastan

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:16-bk-24753-NB |
| ANTOINETTE ELISA GALVAN, | Chapter 7 |
| Debtor. | **STIPULATION BETWEEN DEBTOR ANTOINETTE GALVAN AND TRUSTEE PETER J. MASTAN** |
| | Date: No Hearing Required |
| | Time: |
| | Place: Courtroom 1545 |
| | 255 E. Temple Street |
| | Los Angeles, CA 90012 |
| | Judge: Hon. Neal W. Bason |

Come now debtor Antoinette Galvan (the "Debtor") and Peter J. Mastan, Chapter 7 Trustee (the "Trustee"), with the advice and counsel of their respective attorneys, and stipulate as follows:

1. The parties elect to avoid the expense, burden and risk of possible further litigation in the form of claims by the bankruptcy estate under 11 U.S.C. §§ 523 and/or 727.

2. In consideration for the Trustee electing to not further pursue claims against the Debtor under 11 U.S.C. §§ 523 and/or 727, the Debtor offers and agrees to amend her claim of

1

11606649v2

exemption as set forth on Schedule C to her Chapter 7 bankruptcy petition to reduce her wild card exemption claim by $3,000.00, in full and final satisfaction of any and all claims the bankruptcy estate may have against the Debtor arising from the post-petition operation of the imaging business which became property of the bankruptcy estate upon the filing of the petition.

3. As further consideration for this Stipulation, Trustee agrees to file a Notice of Abandonment to the Debtor of any claims the bankruptcy estate may have against her former bankruptcy counsel that preceded M. Erik Clark and his associates.

IT IS SO STIPULATED.

Dated: January 30, 2018

_____
Debtor, Antoinette Galvan

Dated: January 30, 2018

BOROWITZ & CLARK LLP

By:_____
M. Erik Clark
Counsel for Chapter 7 Debtor, Antoinette Galvan

Dated: January __, 2018

DINSMORE & SHOHL LLP

By:_____
Christopher Celentino
Mikel R. Bistrow
Peter W. Bowie
Counsel to the Chapter 7 Trustee,
Peter J. Mastan

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
655 W. Broadway, Suite 800, San Diego, California 92101

A true and correct copy of the foregoing document entitled (*specify*):    **STIPULATION BETWEEN DEBTOR ANTOINETTE GALVAN AND TRUSTEE PETER J. MASTAN**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On January 30, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On January 30, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**PRESIDING JUDGE'S COPY**
The Honorable Neil W. Bason
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building
255 E. Temple Street, Suite 1552
Los Angeles, California 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on January 30, 2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 30, 2018 | Caron Burke | /s/ Caron Burke |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                            F 9013-.1.PROOF.SERVICE

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Peter W Bowie    peter.bowie@dinsmore.com, caron.burke@dinsmore.com
- Christopher Celentino    chris.celentino@dinsmore.com, caron.burke@dinsmore.com
- Michael E Clark    notices@blclaw.com, ecf@blclaw.com;borowitzclark3@gmail.com
- Johana Diaz    johanad@scefcu.org, lossprevention@scefcu.org
- Peter J Mastan (TR)    pmastan@gumportlaw.com, pmastan@ecf.epiqsystems.com
- Jack Neff    jneff@ccu.com, srodriguez@ccu.com
- James R Selth    jim@wsrlaw.net, jselth@yahoo.com;melissa@wsrlaw.net;vinnet@ecf.inforuptcy.com
- Dheeraj K Singhal    dksinghal@dcdmlawgroup.com, dcdm@ecf.courtdrive.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-.1.PROOF.SERVICE