Peter J. Mastan, Trustee
*travis@gumportlaw.com*
550 South Hope Street, Suite 1765
Los Angeles, California 90071-2627
Telephone: (213) 452-4928

Chapter 7 Trustee of the Bankruptcy
Estate of Antoinette Elisa Galvan

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| In re | Bk. No.: 2:16-bk-24753-NB |
|---|---|
| ANTOINETTE ELISA GALVAN,  Debtors. | CHAPTER 7  TRUSTEE'S NOTICE OF INTENT TO ABANDON VEHICLE  [No hearing is requested or required.]  DATE:  TIME:  PLACE: Courtroom 1545  255 E. Temple Street  Los Angeles, CA 90012  [Hon. Neil W. Bason] |

///
///
///
///
///
///
///
///

**TO THE HONORABLE NEIL W. BASON, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR, THE OFFICE OF THE UNITED STATES TRUSTEE, AND TO ALL SCHEDULED CREDITORS OF THE ESTATE:**

**NOTICE IS HEREBY GIVEN** that, pursuant to 11 U.S.C. § 554 and Local Bankruptcy Rule 6007-1, Peter J. Mastan, Chapter 7 trustee (the "Trustee") of the bankruptcy estate (the "Estate") of Antoinette Elisa Galvan ("Debtor"), intends to abandon the property of the Estate scheduled as "2011 Toyota Rav 4" (the "Vehicle" or "Abandoned Property").

**NOTICE IS FURTHER GIVEN** that the Trustee makes this abandonment of the Vehicle on the grounds that it has no value to the Estate. Debtor's scheduled value of the Vehicle is $9,000. The Trustee's independent valuation of the Vehicle is $9,770. Scheduled liens against the Vehicle are $16,614. As the liens against the Vehicle are greater than the Trustee's independent valuation, liquidation of the Vehicle would not result in a meaningful distribution to creditors.

**NOTICE IS FURTHER GIVEN** that, pursuant to Local Bankruptcy Rule 6007-1(d)(2), the Trustee intends to request an order from the Court that does all of the following:

  1. Determines that the Abandoned Property is of inconsequential value and benefit to the Estate;

  2. Authorizes the Trustee to immediately abandon the Abandoned Property; and

  3. Determines that adequate notice of the Trustee's intent to abandon the Abandoned Property was given.

*This Notice is being filed and served in accordance with Local Bankruptcy Rule 6007-1. Pursuant to paragraph (c)(1) of that Rule, any objection to the relief sought herein must be filed with the Court and served on the Trustee, the Court, the Debtor, and the Office of the United States Trustee not more than 14 days (plus three for mailing) after service of this Notice at the addresses set forth below:*

| | |
|---|---|
| **For Filing With the Court**<br>Clerk's Office<br>United States Bankruptcy Court<br>255 E. Temple Street<br>Los Angeles, California 90012 | **For Service on the Honorable**<br>**Neil W. Bason**<br>Hon. Neil W. Bason<br>United States Bankruptcy Court<br>Central District of California<br>Edward R. Roybal Federal<br>   Building and Courthouse<br>255 E. Temple Street, Suite 1552<br>Los Angeles, California 90012 |
| **For Service on the Office of the**<br>**United States Trustee**<br>Office of the U.S. Trustee<br>915 Wilshire Blvd., Suite 1850<br>Los Angeles, California  90017 | **For Service on the Debtor**<br>Michael E. Clark, Esq.<br>Borowitz & Clark LLP<br>100 N. Barranca Ave, Suite 250<br>West Covina, CA 91791-1600 |
| **For Service on the Trustee**<br>Peter J. Mastan, Trustee<br>550 South Hope Street, Suite 1765<br>Los Angeles, California 90071-2627 | and<br><br>Antoinette Elisa Galvan<br>536 N. Cabernet Dr.<br>Covina, CA 91723 |

<u>Pursuant to Local Bankruptcy Rule 9013-1(h), failure to timely file and serve an opposition to this Notice may be deemed to constitute consent to the relief specified in this Notice.</u>

DATED: February 9, 2018

Respectfully submitted,

CHAPTER 7 TRUSTEE

By: _____
Peter J. Mastan
Chapter 7 Trustee of the Bankruptcy
Estate of Antoinette Elisa Galvan

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 550 S. Hope Street, Suite 1765, Los Angeles, CA 90071

A true and correct copy of the foregoing document described as: **TRUSTEE'S NOTICE OF INTENT TO ABANDON VEHICLE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(S) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 9, 2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addresses indicated below:

- **Peter W Bowie**    peter.bowie@dinsmore.com, caron.burke@dinsmore.com
- **Christopher Celentino**    chris.celentino@dinsmore.com, caron.burke@dinsmore.com
- **Michael E Clark**    notices@blclaw.com, ecf@blclaw.com;borowitzclark3@gmail.com
- **Johana Diaz**    legaldepartment@californiacu.org, legaldepartment@californiacu.org
- **Peter J Mastan (TR)**    pmastan@gumportlaw.com, pmastan@ecf.epiqsystems.com
- **Jack Neff**    jneff@ccu.com, srodriguez@ccu.com
- **James R Selth**    jim@wsrlaw.net, jselth@yahoo.com;melissa@wsrlaw.net;vinnet@ecf.inforuptcy.com
- **Dheeraj K Singhal**    dksinghal@dcdmlawgroup.com, dcdm@ecf.courtdrive.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

___ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served): On **February 9, 2018** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**UNITED STATES BANKRUPTCY COURT**
Hon. Barry Russell
United States Bankruptcy Court
Edward R. Roybal Federal
  Building and Courthouse
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

**DEBTOR(S)**
Antoinette Galvan
536 N Cabernet Dr.
Covina, CA  91723

_X_ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **February 9, 2018** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows:. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

___ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 9, 2018 | TRAVIS MICHAEL TERRY | /s/ Travis Michael Terry |
|---|---|---|
| Date | Type name | Signature |

**ADDITIONAL SERVICE INFORMATION (if needed):**

**SERVED BY U.S. MAIL**

California Credit Union
Legal Department
701 North Brand Blvd.
Glendale, CA 91203-4231

American Express
P.O. Box 981540
El Paso, TX 79998-1540

American Express Bank, FSB
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

California Credit Union
701 N. Brand Boulevard
Glendale, CA 91203-4231

California Credit Union
Attention: Johana Diaz, Legal Dept.
701 N Brand Blvd
Glendale, CA 91203-4231

Citibank
Citicorp Cr Srvs/Centralized Bankruptcy
Po Box 790040
St Louis, MO 63179-0040

Citibank
Po Box 6241
Sioux Falls, SD 57117-6241

Comenity Capital Bank
C/O Weinstein & Riley P.S.
2001 Western Ave Ste. 400
Seattle, WA 98121-3132

Department Stores National Bank
c/o Quantum3 Group LLC
PO Box 657
Kirkland, WA 98083-0657

Dheeraj K. Singhal
DCDM Law Group, PC
35 N. Lake Avenue, Suite 280
Pasadena, CA 91101-1890

DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Franchise Tax Board
P.O. Box 942867
San Francisco, CA 94120

Gloria Elisa Galvan
536 N. Cabernet Drive
Covina, CA 91723-1563

HP Direct
P.O. Box 105658
Atlanta, GA 30348-5658

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Macy's
P.O. Box 8113
Mason, ND 45040-8113

PYOD, LLC its successors and assigns as assi
of Citibank, N.A.
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602-9008

Sandra Ellis
28045 Ranney Pkwy, Unit O
Westlake, OH 44145-1144

TSDC, LLC
28045 Ranney Pkwy, Unit O
Westlake, OH 44145-1144

Visa Dept Store National Bank
9111 Duke Blvd
Mason, OH 45040-8999

Visa Dept Store National Bank
Attn: Bankruptcy
Po Box 8053
Mason, OH 45040-8053

Wells Fargo Bank Card
Mac F82535-02f
Po Box 10438
Des Moines, IA 50306-0438

Wells Fargo Bank Card
Po Box 14517
Des Moines, IA 50306-3517