UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>Antoinette Galvan<br><br>Debtor(s). | Case No. 2:16-bk-24753-NB<br><br>CHAPTER 7<br>Trustee: Peter J. Mastan, Ttee<br>Operating Report Number: 9<br>For the Month Ending: February 28, 2018<br>District Office: Los Angeles |
|---|---|

## CHAPTER 7 TRUSTEE MONTHLY OPERATING REPORT
## PURSUANT TO 11 U.S.C. § 704(a)(8)

1. Date of Order(s) to Operate                              Duration
   June 20, 2017                                            Six months, subject to continuation.
   January 26, 2018                                         Until further order of the Court.

2. Current Bond Amount:
   Blanket Bond

3. Nature of Business and reason for operation:
   The business consists of licensing of images, some copyrighted and some not, to online retail stores for use in the creation of consumer products, such as t-shirts, mugs and calendars. The Trustee believes that operation of the business creates a potential recovery for the Estate.

4. Current efforts to market estate property subject to operation (if applicable):
   In order to find an appropriate buyer for the business, the Trustee needs to show a track record of income. The Trustee, however, is in discussions with a major creditor of the Estate that operates a similar business.

5. Estimated length of operation:
   The Trustee expects to operate the business until he can sell the business for the benefit of creditors. Offers have already been received.

6. Do revenues exceed expenses during the reporting period *(including projected Chapter 7 administrative expenses?)*    YES ☐    NO ☑

   If no, provide explanation as to why business/property is being operated:
   In order to find an appropriate buyer for the business, the Trustee needs to show a track record of income. That track record is anticipated to result in a substantial increase in value to assets.

1

7. Is insurance adequate, current and cover the loss of all assets?  YES ☐  NO ☐  N/A ■

| Type of Coverage | Carrier/Agent | Amount of Coverage | Policy Expiration Date | Amount and Date of Last Premium |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

8. Other significant activities affecting operation:

9. **Summary of Current Financial Conditions**

   **Previous** cash balance on all accounts: $3,519.96

   **Current** cash balance on all accounts at end period: $3,502.97

| Type of Account | Depository | Ending Balance | Monthly Disbursement |
|---|---|---|---|
| Checking | Union Bank | $3,502.97 | $16.99 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

10. **Receipts and Disbursements**

    Total receipts during current period:   $0.00

    Source of receipts:

11. **Specific Disbursements Relating to Operation for Current Period:**

| Date | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 2/26/18 | N/A | Union Bank | Bank Service Charge | $15.00 |
| 2/7/18 | 1001 | International Sureties, Ltd. | Bond payment | 1.99 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

12. Are tax obligations current?    YES ☐    NO ☑

If no, provide an explanation as to which tax obligations are not current and why.

No Estate tax returns have been filed to date because until November 2017, no income had been received by the Estate. Moreover, no tax is due because of, among other things, available exemptions and offsetting administrative costs.

13. Did the estate employ any employees during the reporting period? YES ☐ NO ☑
*If yes, state the number of employees and specify whether the estate is current on payroll obligations. If the estate is NOT current on its payroll obligations, provide an explanation.*

14. Additional Information attached in support of report?    YES ☐    NO ☑

I, Peter J. Mastan, Ttee, declare under penalty of perjury that I have fully read and understand the foregoing Chapter 7 Monthly Operating Report and that the information contained here is true and complete to the best of my knowledge.

DATED: March 13, 2018                                    /s/ Peter J. Mastan, Trustee

3

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:  550 S. Hope Street, Suite 1765, Los Angeles, CA  90071

A true and correct copy of the foregoing document described as: **CHAPTER 7 TRUSTEE MONTHLY OPERATING REPORT NO. 9 PURSUANT TO 11 USC § 704(a)(8)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(S) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On **March 13, 2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addresses indicated below:

- **Peter W Bowie**     peter.bowie@dinsmore.com, caron.burke@dinsmore.com
- **Christopher Celentino**    chris.celentino@dinsmore.com, caron.burke@dinsmore.com
- **Michael E Clark**    notices@blclaw.com, ecf@blclaw.com;borowitzclark3@gmail.com
- **Johana Diaz**    legaldepartment@californiacu.org, legaldepartment@californiacu.org
- **Peter J Mastan (TR)**    pmastan@gumportlaw.com, pmastan@ecf.epiqsystems.com
- **Jack Neff**    jneff@ccu.com, srodriguez@ccu.com
- **James R** Selth    jim@wsrlaw.net, jselth@yahoo.com;melissa@wsrlaw.net;vinnet@ecf.inforuptcy.com
- **Dheeraj K Singhal**    dksinghal@dcdmlawgroup.com, dcdm@ecf.courtdrive.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

                 ___ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served): On **March 13, 2018** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**UNITED STATES BANKRUPTCY COURT**
Hon. Barry Russell
United States Bankruptcy Court
Edward R. Roybal Federal
 Building and Courthouse
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

**DEBTOR(S)**
Antoinette Galvan
536 N Cabernet Dr.
Covina, CA  91723

                 ___ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 13, 2018** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows:.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

                 ___ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| **March 13, 2018** | TRAVIS MICHAEL TERRY | _/s/ Travis Michael Terry_ |
| Date | Type name | Signature |